## LILLY v. Commonwealth.

(Decided May 21, 1929.)

C. S. Nunn and Chas. H. Wilson for movant.

J. W. Cammack, Atty. Gen., and John L. Grayot, Commonwealth Atty., for the Commonwealth.

PER CURIAM. Judgment of conviction for disturbing religious worship, imposing a fine of $50.

Appeal denied; judgment affirmed.

## CATRON v. MARSEE.

(Decided June 7, 1929.)

Victor A. Jordan for movant.

H. H. Owens opposed.

PER CURIAM. Judgment for $300 and an enforcement of contractual lien on realty in an action for mortgage indebtedness.

Appeal denied; judgment affirmed.

## SMITH v. COMMONWEALTH.

(Decided June 11, 1929.)

E. J. Picklesimer for movant.

J. W. Cammack, Atty. Gen., and Samuel B. Kirby, Jr., Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the state prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied; judgment affirmed.